# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-2428-GW-JPRx | Date | August 30, 2022 |
| Title | *Ana Ventura v. Mary Maryam Rownaghi, et al.* | | |

**Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER**

The Court has received Plaintiff's Response to the Order to Show Cause [11]. Plaintiff will have until September 23, 2022 to serve Defendants. The Court sets an order to show cause re service hearing for September 29, 2022 at 8:30 a.m., with a status report re service to be filed by September 27, 2022.

:

Initials of Preparer   JG